UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GOLDSTAR LOGISTICS LLC, | CASE NO. 2:25-cv-01030-LK |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| AMAZON.COM SERVICES LLC, | |
| Defendant. | |

This matter comes before the Court on the parties' Stipulation of Dismissal. Dkt. No. 33. Pursuant to the parties' stipulation, this action is hereby DISMISSED without prejudice and without court-ordered costs or attorney's fees to any party. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated this 7th day of August, 2025.

Lauren King
United States District Judge

ORDER OF DISMISSAL - 1